[No. 25870-6-II.   Division Two.   April 19, 2002.]

*In the Matter of the Estate of* JAY GOLDBERG.
PATRICIA POLLOCK GOLDBERG, *as Personal Representative,*
*Respondent,* v. LARRY DAVID GOLDBERG, *Individually and as*
*Trustee,* ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-4-00195-5, Joel M. Penoyar, J.,
entered March 17, 2000. *Affirmed in part* and *remanded* by
unpublished opinion per Quinn-Brintnall, J., concurred in
by Hunt, C.J., and Morgan, J.

[Nos. 26151-1-II; 26448-0-II.   Division Two.   April 19, 2002.]

BRIAN CHRISTOPHER DRURY, *Appellant,* v. ISIS ELAINE TABARES,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-3-01827-5, Vicki L. Hogan, J., entered May
26, 2000. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Hunt, C.J., and Morgan, J.

[No. 26158-8-II.   Division Two.   April 19, 2002.]

THE STATE OF WASHINGTON, *Appellant,* v. MARCUS A. CARTER,
*Respondent.*

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated July 26, 2002. Substi-
tute opinion filed. See 112 Wn. App. 1046.

[No. 26245-2-II.   Division Two.   April 19, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT C. SMITH,
JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 00-8-00094-2, Gordon Godfrey, J., en-
tered June 22, 2000. *Reversed* by unpublished opinion per
Armstrong, J., concurred in by Houghton, J.; Quinn-
Brintnall, A.C.J., dissenting in part.